IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GLENN GRIFFIN                                                                    PLAINTIFF

v.                              No. 3:25-cv-291-DPM

TYLER A. GRIFFIN; FORD, DOOLEY &
GRIFFIN PLLC; LAW OFFICE OF TYLER A.
GRIFFIN PLLC; TANYA RICHARDSON;
LISA GRIFFIN; TIM DAUGHERITY;
FARMERS COTTAGE; DONNA
DAUGHERITY; BOBBY GRIFFIN
REVOCABLE TRUST; ESTATE OF BOBBY
JOE GRIFFIN; ESTATE OF MARION
ARLENE SKIPPER; CROSS COUNTY
SHERIFF DEPARTMENT; DAVID WEST,
Sheriff, Cross County; and INTERNAL
REVENUE SERVICE                                                              DEFENDANTS

ORDER

Motion for leave to file the complaint under seal, *Doc. 1*, denied. Absent extraordinary circumstances, which Glenn Griffin hasn't shown, the Court's records should be open to the public. *IDT Corp. v. eBay*, 709 F.3d 1220, 1222–23 (8th Cir. 2013). The Court directs the Clerk to unseal this case and everything that has been filed to this point.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2025