IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GLENN GRIFFIN                                                                              PLAINTIFF

v.                                  No. 3:25-cv-291-DPM

TYLER A. GRIFFIN;  FORD, DOOLEY &
GRIFFIN PLLC;  LAW OFFICE OF TYLER A.
GRIFFIN PLLC;  TANYA RICHARDSON;
LISA GRIFFIN;  TIM DAUGHERITY;
FARMERS COTTAGE;  DONNA
DAUGHERITY;  BOBBY GRIFFIN
REVOCABLE TRUST;  ESTATE OF BOBBY
JOE GRIFFIN;  ESTATE OF MARION
ARLENE SKIPPER;  CROSS COUNTY
SHERIFF DEPARTMENT;  DAVID WEST,
Sheriff, Cross County;  and INTERNAL
REVENUE SERVICE                                                                         DEFENDANTS

JUDGMENT

Glenn Griffin's complaint, *Doc. 3*, is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2026